UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD COLBERT, | ) | CV F- 04-6766 AWI DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS |
| v. | ) ) | |
| BURNIAS, et. al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is plaintiff's amended complaint, filed November 29, 2005. The amended complaint appears to state a cognizable claim for relief for cruel and unusual punishment in violation of the Eighth Amendment based on alleged prison conditions pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    Burnias

    Fitzpatrick

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summons, an instruction sheet and a copy of the amended complaint filed November 29, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed amended complaint filed November 29, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action.  Local Rule 11-110.

IT IS SO ORDERED.

Dated:    December 21, 2005                    /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE