UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINARLD COLBERT, | ) | 1:04-CV-6766 AWI DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO SUBMIT USM 285 FORMS |
| v. | ) ) | (DOCUMENT #12) |
| A. K. SCRIBNER, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 17, 2006, plaintiff filed a motion to extend time to submit the Notice of Submission of Documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit his Notice of Submission of Documents.

IT IS SO ORDERED.

**Dated:   March 2, 2006**          **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE