UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD COLBERT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　Defendants. | 1:04-CV-6766 AWI DLB P<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT DOCUMENTS<br><br>CLERK DIRECTED TO SERVE TWO BLANK USM 285 FORMS<br><br>(DOCUMENT #14) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2006, plaintiff filed a motion to extend time to submit USM 285 forms pursuant with the court order, and requested additional forms. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　1. The Clerk of this Court is ordered to send plaintiff two blank USM 285 forms.

　　2. Plaintiff is granted thirty days from the date of service of this order in which to submit his documents .

　　IT IS SO ORDERED.

　　Dated:　May 1, 2006　　　　　　　　　　/s/ Dennis L. Beck
3c0hj8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE