UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD COLBERT,<br><br>        Plaintiff,<br><br>vs.<br><br>E. BURNIAS, et al.,<br><br>        Defendants. | 1:04-cv-06766-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 31)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION(S) TO DISMISS** (Docs. 21, 28) |

    Plaintiff, Reginald Colbert ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 31, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. The Findings and Recommendations, filed January 31,
8 2007, are ADOPTED IN FULL;
9  2. Defendants' motions to dismiss for failure to state any
10 claims upon which relief may be granted, filed July 27, 2006 and
11 November 7, 2006, are DENIED;
12  3. Defendants' motions to dismiss the claims against them
13 in their official capacity is GRANTED; and,
14  4. Defendants file a response to plaintiff's amended
15 complaint within **thirty (30) days** from the date of service of
16 this order.

IT IS SO ORDERED.

**Dated:   March 22, 2007**          /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE