UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD COLBERT, | ) | CV F- 04-6766 AWI DLB P |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S MOTION TO BE PRESENT AT CASE |
| v. | ) ) | MANAGEMENT DEADLINE [DOC 38] |
| BURNIAS, et. al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On March 22, 2007, the Court denied defendants' motion to dismiss plaintiff's complaint in part and ordered defendants to respond to the amended complaint by April 25, 2007. On April 6, 2007, plaintiff filed a motion requesting that the Court order Pleasant Valley State Prison to allow plaintiff to be present at the April 25, 2007 case management deadline.

Plaintiff is advised that the April 26, 2007 case management deadline is only a filing deadline by which defendants must respond to the amended complaint. There is no hearing set for that date and therefore plaintiff's presence is unnecessary. Plaintiff's motion is therefore denied.

IT IS SO ORDERED.

**Dated:   April 10, 2007**            /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE