IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD COLBERT, | 1:04-cv-06766 AWI DLB  (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR 45-DAY EXTENSION OF TIME TO RESPOND TO DISCOVERY (DOCUMENT#52) |
| vs. | |
| SCRIBNER, et al., | AND GRANTING DEFENDANTS' MOTION FOR 45-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (DOCUMENT #53) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 18, 2008, plaintiff filed a motion requesting an extension of 45 days to respond to discovery propounded by defendants.

On January 23, 2008, defendants filed their statement of non-opposition to plaintiff's motion, together with a motion for a 45-day extension of the dispositive motion deadline of March 14, 2008, set by the courts discovery and scheduling order.

Good cause having been presented to the court, IT IS HEREBY ORDERED that

1.  Plaintiff's motion for a 45-day extension to respond to discovery is GRANTED; plaintiff shall respond to discovery within **45 days from the date of service of this order**.

2.  Defendant's motion to extend the dispositive motion deadline 45 days is GRANTED;

/////

/////

-1-

1  all dispositive motions shall be filed with the court no later than **May 5, 2008.**

3     IT IS SO ORDERED.

4     **Dated:  February 12, 2008**              **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE