UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD COLBERT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BURNIAS, et al.,<br><br>　　　　　　Defendants. | 1: 04-cv-06766 AWI DLB P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL OF ACTION, WITHOUT PREJUDICE<br><br>(Doc. 58)<br><br>ORDER DISREGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Doc. 57) |

　　　Plaintiff Reginald Colbert ("plaintiff") is a prisoner proceeding pro se in this civil rights action filed December 29, 2004. On May 14, 2008, plaintiff filed a motion to dismiss this case without prejudice. (Doc. 58).

　　　Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. A review of the file indicates that defendants Burnias and Fitzpatrick ("defendants") have filed both an answer to plaintiff's amended complaint and a motion for summary judgment (Docs. 41, 57). This action may be dismissed at plaintiff's request only by court order, and on terms that the court considers proper. FRCP 41(a)(2).

On May 16, 2008, defendants filed a statement of non-opposition to plaintiff's motion to dismiss without prejudice. (Doc. 59).   Having carefully reviewed plaintiff's motion and defendants' non-opposition, the court HEREBY ORDERS as follows:

1. Plaintiff's motion to dismiss the action, filed May 14, 2008, is GRANTED and the Clerk of Court is directed to close the file in this action, and

2. Defendants' motion for summary judgment, filed May 5, 2008, is  DISREGARDED as MOOT.

IT IS SO ORDERED.

**Dated:   May 31, 2008**                             /s/ Anthony W. Ishii
                                                                UNITED STATES DISTRICT JUDGE